# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 21, 2010

No. **09-2793**

UNITED STATES OF AMERICA

v.

LUKE GATLIN,
                                   Appellant

(D.C. DE.  No. 06-cr-00028-001)

Present:       RENDELL, AMBRO and FUENTES,  Circuit Judges

Motion by Appellee, United States Of America, to Designate Opinion dated
June 15, 2010 as Precedential.

 /s/Maria L. Reyes
Case Manager (267)299-4937

**Attached is the Opinion dated 06/15/2010.**

_____  **O R D E R**  _____

The foregoing Motion by Appellee to Designate Opinion as Precedential is granted.  The
Court's Not Precedential Opinion of June 15, 2010, is hereby vacated.  A modified
Precedential Opinion will be filed forthwith.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: July 15, 2010

09-2793
USA v. Luke Gatlin
Page 2


DWB/cc:
        Seth M. Beausang, Esq.
        Ilana H. Eisenstein , Esq.
        Robert D. Goldberg, Esq.